**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL ACTION NO. 21-104** |
| | **:** | |
| **EUGENE JOHN JOHNSON** | **:** | |

**ORDER**

This 18th day of May, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's motions for compassionate release, ECF 38 and ECF 39, are **DENIED.**

/s/ Gerald Austin McHugh
United States District Judge